RE: Case No. 25-0326                    DATE: 4/21/2025
COA #: 15-24-00024-CV                    TC#: 1213018
STYLE: STRINGFELLOW v. TDPS

A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

STEVEN  J. STRINGFELLOW
10160 HWY 242
STE 800-4117
CONROE, TX  77385
* DELIVERED VIA E-MAIL & POSTAL *

RE: Case No. 25-0326                      DATE: 4/21/2025
COA #: 15-24-00024-CV                        TC#: 1213018
STYLE: STRINGFELLOW v. TDPS

     A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.


                    JOHN  SYDOW
                    OFFICE OF THE TEXAS ATTORNEY GENERAL
                    P.O. BOX 12548
                    AUSTIN, TX  78701-1649
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0326                       DATE: 4/21/2025
COA #: 15-24-00024-CV                 TC#: 1213018
STYLE: STRINGFELLOW v. TDPS

    A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

                    COUNTY CLERK  HARRIS COUNTY
                    HARRIS COUNTY COURTHOUSE
                    P.O. BOX 1525
                    HOUSTON, TX  77251
                    * DELIVERED VIA E-MAIL *

RE: Case No. 25-0326                    DATE: 4/21/2025
COA #: 15-24-00024-CV                    TC#: 1213018
STYLE: STRINGFELLOW v. TDPS

A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

CHRISTOPHER  PRINE
FIFTEENTH COURT OF APPEALS
P.O, BOX 12852
AUSTIN, TX  78711
* DELIVERED VIA E-MAIL *